UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONNIE A. NOEL                                          CIVIL ACTION

VERSUS                                                  NUMBER: 09-7730

WARDEN HOWARD PRINCE                                    SECTION: "F"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court notes that there is a typo on page 12 of the Report and Recommendation and the word "burglary" should be substituted for "battery".

Therefore, **IT IS ORDERED** that the petition of Ronnie A. Noel for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 21ST day of Oct., 2010.

_____
UNITED STATES DISTRICT JUDGE